UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JASON G. BURNHAM,

        Plaintiff,

-vs-                                            Case No. 5:05-cv-376-Oc-10GRJ

CITY OF MT. DORA, a municipal
corporation; OFFICER BRAD CLINE, in his
individual capacity,

        Defendants.
_____

## **O R D E R**

This case centers around an allegedly unlawful stop and search of Plaintiff Jason Burnham by Officer Brad Cline. The Plaintiff has filed state law claims against the Defendants alleging false arrest and false imprisonment, invasion of privacy, and intentional infliction of emotional distress, as well as a federal claim under 42 U.S.C. § 1983, all stemming from the stop and search. The Defendants filed their Notice of Removal (Doc. 1) on August 29, 2005, and the Plaintiff moved to remand (Doc. 4) shortly thereafter. On October 17, 2005, the Magistrate Judge issued a Report (Doc. 15) recommending that the motion to remand be denied. The Plaintiff has not filed any objections to the Report, and the time for filing such objections has expired.

Upon an independent examination of the file and upon due consideration, it is adjudged that:

(1) the Report and Recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed and made a part hereof;

(2) the Plaintiff's Motion to Remand to State Court (Doc. 4) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 22nd day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record